IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID E. JOHNSON**, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | USCA Case No. 17-2304 |
| | ) | District Court Case No. 17 C 1961 |
| **CITY OF CHICAGO**, et al., | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

## MEMORANDUM ORDER

In the appeal taken by prisoner plaintiff David Johnson ("Johnson") from this Cour's dismissal, on statute of limitations grounds, of his pro se Complaint and action against the City of Chicago ("City"), Johnson has filed a motion for in forma pauperis treatment at the Court of Appeals level on July 10, 2017 (Dkt. No. 27). Because this Court has already dealt with that subject in its July 10, 2017 memorandum order, that motion is denied as moot.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 17, 2017