# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID E. JOHNSON**, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | USCA Case No. 17-2304 |
| | ) | District Court Case No. 17 C 1961 |
| **CITY OF CHICAGO**, et al., | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

## <u>MEMORANDUM ORDER</u>

Prisoner plaintiff David Johnson ("Johnson") has filed a self-prepared "Motion for Reconsideration of Filing Fees" (Dkt. No. 33), which is granted solely to the extent that the Clerk is directed to send an additional copy of this Court's July 10, 2017 memorandum order (Dkt. No. 26) to Johnson at his address of record (the Cook County Jail). None of Johnson's other prayers for relief has merit, and they are denied for the reasons that follow.

First, as to Johnson's request for reconsideration of this Court's dismissal order (Dkt. No. 13), this Court has already denied an earlier motion to reconsider on May 15, 2017 (Dkt. No. 17), and the current motion fares no better. And as for Johnson's current effort to vacate this Court's orders requiring him to pay the District Court an appellate filing fee, that relief is unavailable because the obligation to pay the filing fee is statutory (see 28 U.S.C. § 1915(b)(2)) and is extinguished only when the fees are paid in full. Although District Court opinions are nonprecedential and are therefore rarely cited by this Court, in this instance the ruling in <u>Jackson v. Foster</u>, No. 14-CV-1194-PP, 2015 WL 5918624, at *1 (E.D. Wis. Oct. 9, 2015) may well have been written for this case:

Congress requires courts to charge filing fees in exchange for allowing parties to file certain documents. The fee does not guarantee a particular outcome, nor does it guarantee that the case will proceed in a particular manner. Parties pay a filing fee for the privilege of <u>filing</u> the complaint. The plaintiff filed a complaint. Thus, he owes the filing fee . . . .

Milton I. Shadur
Senior United States District Judge

Date:  September 8, 2017